AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

STEVEN ANTHONY HAAG,

     Petitioner,    JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER:  **3:07-CV-00132-RCJ-RAM**

DIRECTOR, NDOC, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended petition for a writ of habeas corpus is **DENIED IN ITS ENTIRETY**.
    **IT IS FURTHER ORDERED** that Petitioner is **DENIED A CERTIFICATE OF APPEALABILITY**.

| | |
|---|---|
|   March 8, 2010 | **LANCE S. WILSON** |
| | Clerk |
| | |
| | /s/ D. R. Morgan |
| | Deputy Clerk |