Case 3:07-cv-00132-RCJ-RAM  Document 55  Filed 05/17/13  Page 1 of 2

RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 17 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN ANTHONY HAAG,            )
                                )
        Petitioner,             )    3:07-cv-00132-RCJ-RAM
                                )
vs.                             )    **ORDER**
                                )
DIRECTOR, NDOC, *et al.*,       )
                                )
        Respondents.            )
_____/

This closed action is a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by a Nevada state prisoner. Before the Court is petitioner's motion to supplement his *in forma pauperis* application. (ECF No. 54). This Court denied the petition on the merits, by order filed March 4, 2010. (ECF No. 45). Judgment was entered on March 8, 2010. (ECF No. 46). Petitioner appealed. (ECF No. 47). On March 9, 2011, the United States Court of Appeals for the Ninth Circuit denied petitioner a certificate of appealability. (ECF No. 51). As this case has concluded, petitioner's motion is denied.

**IT IS THEREFORE ORDERED** that petitioner's motion to supplement his *in forma pauperis* application (ECF No. 54) is **DENIED.**

1       **IT IS FURTHER ORDERED** that petitioner shall file no further documents in this closed
2 action.

3       Dated this 17th day of May, 2013.

                                                                           UNITED STATES DISTRICT JUDGE